ATTORNEY GRIEVANCE COMMISSION     *     IN THE
OF MARYLAND

                                          *     COURT OF APPEALS

                                          *     OF MARYLAND

v.

                                          *     Misc. Docket AG No. 45

JOHN WAYNE WALKER-TURNER, SR.     *     September Term, 2020

## O R D E R

Upon consideration of the Joint Petition for an Indefinite Suspension with the Right to Petition for Reinstatement in 90 Days of the Attorney Grievance Commission of Maryland and the Respondent, John Wayne Walker-Turner, Sr., to indefinitely suspend the Respondent from the practice of law, it is this 20th day of August, 2021

**ORDERED**, by the Court of Appeals of Maryland, that effective September 20, 2021, the Respondent, John Wayne Walker-Turner, Sr., be, and he hereby is, indefinitely suspended from the practice of law in the State of Maryland, with the right to petition for reinstatement after 90 days, for violations of Rules 19-301.15(a) and 19-308.4(a) and (d) of the Maryland Rules of Professional Conduct and Maryland Rules 19-407 and 19-410; and it is further

**ORDERED**, that the Clerk of this Court shall, on September 20, 2021, strike the name of John Wayne Walker-Turner, Sr. from the register of attorneys in the Court and

certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all

Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Robert N. McDonald
Senior Judge